# NO. 12-23-00190-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MICHAEL D. BALLARD AND ROBIN J. BALLARD,* <br> *APPELLANTS* | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *ANDY JUNEY REDMOND AND PRECISION SPINE CARE,* <br> *APPELLEES* | § | *SMITH COUNTY, TEXAS* |

---

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants, Michael D. Ballard and Robin J. Ballard, filed an unopposed motion to dismiss this appeal. The motion to dismiss is ***granted***, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a). Costs are taxed against the party incurring same.

Opinion delivered November 21, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 21, 2023**

**NO. 12-23-00190-CV**

**MICHAEL D. BALLARD AND ROBIN J. BALLARD,**
Appellants
V.
**ANDY JUNEY REDMOND AND PRECISION SPINE CARE,**
Appellees

Appeal from the 7th District Court
of Smith County, Texas (Tr.Ct.No. 20-0087-A)

THIS CAUSE came on to be heard on the unopposed motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*